UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JASON HICKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. |
| | ) |
| NICHOLSON CONSTRUCTION COMPANY, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. Plaintiff, Jason Hickey ("Hickey" or "Plaintiff"), by counsel, brings this action against Defendant, Nicholson Construction Company, ("Defendant"), for violating the Americans with Disabilities Act of 1990 ("ADA"), as amended, 42 U.S.C. §12101 *et. seq.*

**II. PARTIES**

2. Hickey is a resident of Pike County in the State of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant is a Foreign For-Profit Corporation that conducts business within the geographical boundaries of the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 42 U.S.C. §12117(a).

5. Defendant is an "employer" as that term is defined by 42 U.S.C. §12111(5)(a).

6. Hickey was an "employee" as that term is defined by 42 U.S.C §12111(4).

7. Hickey satisfied his obligation to exhaust his administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC"), EEOC Charge No.: 470-2022-03111 against Defendant alleging discrimination based on disability. Hickey received the required Notice of his Right to Sue and timely files this action.

8. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

9. Hickey was hired by Defendant on or about February 7, 2022. Hickey was working for Defendant at Crane Naval Base in Martin County, Indiana.

10. At all relevant times, Hickey met or exceeded Defendant's legitimate performance expectations.

11. Hickey is a qualified individual with a disability and/or is regarded as disabled within the meaning of the ADA. Specifically, Hickey suffers from back and knee problems. Hickey is prescribed medications due to his disability.

12. Hickey's job was located on a federal site, so Hickey disclosed his medication to Defendant's Human Resources Manager, Goldie Gunawan ("Gunawan") and his Union Business Agent about two (2) to three (3) weeks before starting his job. Hickey was cleared to work.

13. Hickey's medications would cause a positive result on the pre-employment drug screen with Defendant. This was disclosed before Hickey began working. When Hickey's drug test came back with a positive result, Project Manager Jewels Stover ("Stover") stated she was aware of the issue and that it was not a problem for Hickey to begin work.

14. Hickey also had provided a letter from his physician stating that his prescription medications did not impact his Commercial Driver's License (CDL). Regardless, Hickey quit taking his medications.

15. Hickey started working for Defendant as an Oiler, and he was to keep tabs on the crane that was being used.

16. After four (4) weeks of working in his position, Stover approached Hickey's on-site Union Steward, Brian Knight ("Knight"), and informed him that Defendant was terminating Hickey's employment due to his medications because Hickey was a "hazard".

17. On or about March 2, 2022, Stover and Knight met with Hickey. Hickey stated that he was no longer taking his mediations and that this issue had been previously addressed. Regardless, Stover and Knight terminated Hickey's employment.

18. Defendant did not engage in the interactive process or otherwise discuss a reasonable accommodation for Hickey.

19. Based upon information and belief, Hickey was replaced by a non-disabled individual.

## V. CAUSES OF ACTION

### COUNT I: DISABILITY DISCRIMINATION

20. Hickey hereby incorporates paragraphs one (1) through nineteen (19) of his Complaint as if the same were set forth at length herein.

21. Defendant violated Hickey's rights as protected by the ADA, 42 U.S.C. §12101 *et seq.* by discriminating against him because of his actual or perceived disability. Defendant failed to accommodate Hickey and subjected him to disparate treatment because of his disability in violation of the ADA.

22. Hickey's employment was terminated because of his disability.

23. Defendant's actions were intentional, willful, and in reckless disregard of Hickey's rights as protected by the ADA.

24. Hickey has suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Jason Hickey, respectfully requests that this court enter judgment in his favor and award him the following relief:

1. Reinstate Hickey's employment to the position, salary, and seniority level he would have enjoyed but for Defendant's unlawful actions; and/or payment to Hickey of front pay in lieu thereof;

2. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Compensatory damages for Defendant's violations of the ADA;

5. Punitive damages for Defendant's violations of the ADA;

6. All costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgement interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/*Kyle F. Biesecker*_____
Kyle F. Biesecker
Lauren E. Berger
411 Main Street

Evansville, IN 47708
Telephone: (812) 424-1000
Email: kfb@bdlegal.com
         lberger@bdlegal.com

*Counsel for Plaintiff, Jason Hickey*

## DEMAND FOR JURY TRIAL

Plaintiff, Jason Hickey, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/*Kyle F. Biesecker*
Kyle F. Biesecker
Lauren E. Berger
411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000
Email: kfb@bdlegal.com
         lberger@bdlegal.com

*Counsel for Plaintiff, Jason Hickey*