UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JASON HICKEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CAUSE NO: 3:23-cv-86-MPB-CSW |
| NICHOLSON CONSTRUCTION COMPANY, | ) ) ) ) |
| Defendant. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter came before the Court on the Parties' Joint Stipulation of Dismissal, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

Dated: January 18, 2024

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.